**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| PRODUCTION SERVICE & SALES DISTRICT COUNCIL PENSION FUND AND ITS BOARD OF TRUSTEES, | ) ) ) ) | |
| *Plaintiff,* | ) ) | Civil Action No. 3:15-cv-08984-FLW-DEA |
| vs. | ) ) ) | |
| NORTHEASTERN PLASTICS, INC., AMERICAN INTERNATIONAL INDUSTRIES, INC., AMERICAN INTERNATIONAL HOLDINGS CORP., and AMERICAN INTERNATIONAL TEXAS PROPERTIES, INC., | ) ) ) ) ) ) | **AMERICAN INTERNATIONAL TEXAS PROPERTIES, INC.'S ANSWER TO PLAINTIFF'S COMPLAINT** |
| *Defendants.* | ) ) ) | |

CABRERA CAMMAROTA PLLC

Jennifer M. Cabrera
10 Connecticut Street
Cranford, NJ 07016
Tel: 1-646-470-0805
jennifer@panlegal.net

Attorney for Defendant
American International Texas Properties, Inc.

*March 30, 2016*

## STATEMENT PURSUANT TO L. CIV. R. 10.1

Defendant Northeastern Plastics, Inc. ("NPI") is a Nevada corporation headquartered at 14221 Eastex Freeway, Houston, Texas 77032.  Defendant American International Industries, Inc. ("AMIN") is a Nevada corporation headquartered at 601 Cien Street, Suite 235, Kemah, Texas 77565.  Defendant American International Holdings Corp. ("AIHC") is a Nevada corporation headquartered at 601 Cien Street, Suite 235, Kemah, Texas 77565.  Defendant American International Texas Properties, Inc. ("AITP" and, together with NPI, AMIN, and AIHC, the "Defendants") is a Nevada corporation headquartered at 601 Cien Street, Suite 235, Kemah, Texas 77565.  Defendants are without knowledge or information sufficient to form a belief as to the Plaintiff's place of incorporation or headquarters.

## ANSWER TO PLAINTIFF'S COMPLAINT

1.      Paragraph 1 is a legal contention to which no admission or denial is required.

2.      AITP does not contest jurisdiction.

3.      AITP does not contest venue.

4.      Paragraph 4 is a legal contention to which no admission or denial is required and, to the extent factual assertions are made or implied, AITP is without sufficient knowledge or information to form a belief as to its truth or falsity.

5.      Paragraph 5 is a legal contention to which no admission or denial is required and, to the extent factual assertions are made or implied, AITP is without sufficient knowledge or information to form a belief as to its truth or falsity.

6.      AITP is without sufficient knowledge or information to form a belief as to the truth or falsity of Paragraph 6.

7.      AITP is without sufficient knowledge or information to form a belief as to the truth

or falsity of Paragraph 7.

8.      Paragraph 8 is a legal contention to which no admission or denial is required and, to the extent factual assertions are made or implied, AITP is without sufficient knowledge or information to form a belief as to its truth or falsity.

9.      AITP admits the allegations contained in paragraph 9.

10.      AITP admits the allegations contained in paragraph 10.

11.      AITP admits the allegations contained in paragraph 11.

12.      AITP admits the allegations contained in paragraph 12.

13.      AITP admits the allegations contained in paragraph 13.

14.      Paragraph 14 is a legal contention to which no admission or denial is required and, to the extent factual assertions are made or implied, AITP is without sufficient knowledge or information to form a belief as to its truth or falsity.

15.      Paragraph 15 is a legal contention to which no admission or denial is required and, to the extent factual assertions are made or implied, AITP is without sufficient knowledge or information to form a belief as to its truth or falsity.

16.      Paragraph 16 is a legal contention to which no admission or denial is required and, to the extent factual assertions are made or implied, AITP is without sufficient knowledge or information to form a belief as to its truth or falsity.

17.      Paragraph 17 is a legal contention to which no admission or denial is required and, to the extent factual assertions are made or implied, AITP is without sufficient knowledge or information to form a belief as to its truth or falsity.

18.      AITP denies the allegations contained in paragraph 18.

19.      AITP admits the allegations contained in paragraph 19.

20.      AITP admits the allegations contained in paragraph 20.

21.    AITP denies the allegations contained in paragraph 21.

22.    AITP admits the allegations contained in paragraph 22.

23.    AITP admits the allegations contained in paragraph 23.

24.    AITP admits the allegations contained in paragraph 24.

25.    AITP admits the allegations contained in paragraph 25.

26.    AITP admits the allegations contained in paragraph 26.

27.    AITP admits the allegations contained in paragraph 27.

28.    AITP denies the allegations contained in paragraph 28.

29.    AITP denies the allegations contained in paragraph 29.

## AFFIRMATIVE DEFENSES

### AS AND FOR THE FIRST AFFIRMATIVE DEFENSE

30.    Any such failure was due to reasonable cause and not to willful neglect pursuant to limitations on damages and penalty provisions of Section 1332.

### AS AND FOR THE SECOND AFFIRMATIVE DEFENSE

31.    Plaintiff's claims are barred, in whole or in part, by the equitable defenses of waiver, laches, equitable estoppel, unclean hands, and/or copyright misuse.

### AS AND FOR THE THIRD AFFIRMATIVE DEFENSE

32.    Plaintiff's Complaint, and each claim contained therein, fails to state any claim upon which relief can be granted.

### AS AND FOR THE FOURTH AFFIRMATIVE DEFENSE

33.    The claims made in the Complaint are barred, in whole or in part, because AITP is not liable for the acts of others over whom it has no control.

4

**AS AND FOR THE FIFTH AFFIRMATIVE DEFENSE**

34.     The claims made in the Complaint are barred, in whole or in part, because AMIN is

no longer the owner of NPI's shares.

**PRAYER FOR RELIEF**

**WHEREFORE**, AITP prays for judgment as follows:

(i)      That Plaintiff take nothing on its claims against AITP;

(ii)     That Plaintiff be denied any recovery whatsoever; and

(iii)    That AITP be awarded costs and any other relief to which AITP shows it is

entitled.

Dated:        Cranford, New Jersey
              March 30, 2016

                              Respectfully submitted by



                              Jennifer M. Cabrera (JC5816)
                              **CABRERA CAMMAROTA PLLC**
                              10 Connecticut Street
                              Cranford, NJ 07016
                              1-646-470-0805
                              jennifer@panlegal.net

                              *Attorney for Defendant*
                              *American International Texas Properties, Inc.*

## CERTIFICATION PURSUANT TO L. CIV. R. 11.2

To the best of my knowledge, I hereby certify that the matter in controversy is not the subject of any other litigation in any other court, arbitration, or administrative proceeding.

Dated:          Cranford, New Jersey
                March 30, 2016

                                              Respectfully submitted by


                                              Jennifer M. Cabrera (JC5816)
                                              **CABRERA CAMMAROTA PLLC**
                                              10 Connecticut Street
                                              Cranford, NJ 07016
                                              1-646-470-0805
                                              jennifer@panlegal.net

                                              *Attorney for Defendant*
                                              *American International Texas Properties, Inc.*