# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PRODUCTION SERVICE & SALES DISTRICT COUNCIL PENSION FUND AND ITS BOARD OF TRUSTEES,<br><br>          *Plaintiff,*<br><br>   vs.<br><br>NORTHEASTERN PLASTICS, INC., AMERICAN INTERNATIONAL INDUSTRIES, INC., AMERICAN INTERNATIONAL HOLDINGS CORP., and AMERICAN INTERNATIONAL TEXAS PROPERTIES, INC.,<br><br>          *Defendants*. | Civil Action No. 3:15-cv-08984-FLW-DEA<br><br>**NORTHEASTERN PLASTICS, INC., AMERICAN INTERNATIONAL INDUSTRIES, INC., AMERICAN INTERNATIONAL HOLDINGS CORP. and AMERICAN INTERNATIONAL TEXAS PROPERTIES, INC.'S FED. R. CIV. P. RULE 7.1 STATEMENT** |

Pursuant to FED. R. CIV. P. Rule 7.1, the undersigned attorney of record for Defendants Northeastern Plastics, Inc. ("NPI"), American International Industries, Inc. ("AMIN"), American International Holdings Corp. ("AIHC"), and American International Texas Properties, Inc. ("AITP") certifies the following:

    1.    NPI is a wholly owned subsidiary of RealAmerica Corporation, a private Texas corporation with offices located at 4142 SE Freeway, Suite 290, Houston, TX 77027;

    2.    AMIN is a diversified holding company that is publicly traded;

    3.    A greater than 10% stake in AIHC is owned by AMIN, its parent company; and

    4.    A greater than 10% stake in AITP is owned by AMIN, its parent company.

Dated: Cranford, New Jersey
March 31, 2016

        Respectfully submitted,

        /s/  Jennifer M. Cabrera
Jennifer M. Cabrera (JC5816)
**CABRERA CAMMAROTA PLLC**
10 Connecticut Street
Cranford, NJ 07016
1-646-470-0805
jennifer@panlegal.net

*Attorney for Defendants*
*Northeastern Plastics, Inc.,*
*American International Industries, Inc.,*
*American International Holdings Corp., and*
*American International Texas Properties, Inc.*

3