

**David R. Hock, Partner**
Tel:   212.356.0220
Fax:   646.473.8220
dhock@cwsny.com
www.cwsny.com

330 West 42nd Street • New York, NY 10036-6979

May 24, 2016

<u>By Electronic Case Filing</u>

The Honorable Douglas E. Arpert
United States Magistrate Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

   Re: <u>Production Service & Sales District Counsel Pension Fund v. Northeastern Plastics, Inc.</u>, Civil Action No. 15-CV-08984-FLW-DEA

Dear Judge Arpert:

  This firm is counsel to plaintiffs in the above-referenced action. We write to provide a status report regarding the status of the settlement in this case. The parties have exchanged a draft settlement agreement and there is one issue on which there is not an agreement. We expect to submit a stipulation of settlement within one week. Accordingly, we respectfully request that the parties submit a further status report in two weeks if a stipulation has not been submitted. We appreciate the Court's attention to this matter.

           Respectfully submitted,

           /s/ David R. Hock
           David R. Hock

DRH:
cc: Jennifer Cabrera (counsel to defendants)